

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-14-00029-CR

## IN RE FELMON LAKEITH LAURY

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's Application for Writ of Mandamus is denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Application denied
Opinion delivered and filed February 20, 2014
Do not publish
[OT06]